UNITED STATES of America,
Appellant,

v.

HARTFORD ACCIDENT & INDEMNITY
COMPANY, Appellee.

No. 14929.

United States Court of Appeals,
Fifth Circuit.

Feb. 11, 1955.

David O. Walter, Ellis N. Slack, Fred E. Youngman, Sp. Assts. to Atty. Gen., D. of J., H. Brian Holland, Asst. Atty. Gen., D. of J., Washington, D. C., Chester L. Sumners, U. S. Atty., Oxford, Miss., for appellant.

John S. Porter, Memphis, Tenn., Burch, Porter & Johnson, Memphis, Tenn., for appellee.

Before HOLMES, RIVES, and TUTTLE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.